CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:08–cv–00949–PAM–JSM

Schwanke v. Pfizer, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Magistrate Judge Janie S. Mayeron
Cause: 28:1332–pip–Diversity–Personal Injury, Product Liability

Date Filed: 04/04/2008
Date Terminated: 05/12/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Donald Schwanke**     represented by     **Andy–NA D Birchfield, Jr.**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank–NA Woodson**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Navan–NA Ward, Jr**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ted G Meadows**
Beasley Allen Crow Methvin Portis &Miles, PC
PO Box 4160
Montgomery, AL 36103–4160
334–269–2343
Fax: 334–954–7555
Email: ted.meadows@beasleyallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**     represented by     **Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7380
Fax: 612–766–1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200

Mpls, MN 55402–3901  
612–766–7000  
Fax: 612–766–1600  
Email: jprice@faegre.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**　　　　represented by　**Erin M Verneris**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph M Price**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**G. D. Searle LLC**　　　　represented by　**Erin M Verneris**  
*formerly known as*　　　　(See above for address)  
G. D. Searle &Co.　　　　*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joseph M Price**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2008 | 1 | COMPLAINT against Monsanto Company, Pfizer, Inc., Pharmacia Corporation, G. D. Searle LLC ( Filing fee $ 350 receipt number 40022404.) assigned to Judge Paul A. Magnuson per Master referred to Magistrate Judge Janie S. Mayeron, filed by Donald Schwanke. (Attachments: # 1 Civil Cover Sheet) (JMH) (Entered: 04/04/2008) |
| 04/04/2008 |  | Summons Issued as to Monsanto Company, Pfizer, Inc., Pharmacia Corporation, G. D. Searle LLC. (JMH) (Entered: 04/04/2008) |
| 05/01/2008 | 2 | ANSWER to Complaint by Pfizer, Inc., Pharmacia Corporation, G. D. Searle LLC. (Price, Joseph) (Entered: 05/01/2008) |
| 05/01/2008 | 3 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer, Inc., Pharmacia Corporation, G. D. Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 05/01/2008) |
| 05/01/2008 | 4 | CERTIFICATE OF SERVICE by Pfizer, Inc., Pharmacia Corporation, G. D. Searle LLC re 3 Rule 7.1 – Disclosure Statement, 2 Answer to Complaint (Price, Joseph) (Entered: 05/01/2008) |
| 05/12/2008 | 5 |  |

| | | |
|---|---|---|
| | | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO–101), transferring case to the Northern District of California per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Charles R. Breyer. (JMH) (Entered: 05/13/2008) |
| 05/13/2008 | Ï | NOTICE case has been transferred/extracted to the Northern District of California. (JMH) (Entered: 05/13/2008) |